IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:20-CR-00011-CLC–SKL-9 |
| v. | ) | |
| | ) | Honorable Curtis L. Collier |
| MATTHEW BURKE, *ET AL.* | ) | |

**MOTION FOR PRETRIAL RELEASE**

Mr. LANCE FARRELL, pursuant to 18 U.S.C. § 3142, respectfully moves this Court to release him from the custody of the Attorney General pending trial.

**I.  Relevant Procedural History**

On January 28, 2020, a grand jury in the Eastern District of Tennessee returned a twenty-five-count Indictment against Mr. Farrell and nine co-defendants. (Indict. 1–12, ECF No. 1.) The Indictment charges Mr. Farrell with one count of conspiracy to distribute and to possess with intent to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; and two counts of possession with intent to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). (*Id.* at 1, 7–8.)

On February 18, 2020, Mr. Farrell appeared before this Court for an initial appearance, arraignment, and a detention hearing. (Mins., ECF No. 67.) Mr. Farrell, during that proceeding and upon the advice of his then-attorney of record, waived the detention hearing. (Order of Det. Pending Trial, ECF No. 65.) Nonetheless, this Court ordered that "a [detention] hearing will be granted at a later date on motion of the defendant," and then remanded Mr. Farrell to the custody of the Attorney General pending trial. (*Id.*)

## II.    Factual Assertions

Mr. Farrell has been in the custody of the Attorney General for almost five months, while suffering serious health issues in an environment that cannot protect him from from the current COVID-19 pandemic.

## III.    Memorandum of Law

Mr. Farrell acknowledges that there is a rebuttable presumption that "no condition or combination of conditions will reasonably assure [his] appearance . . . and the safety of the community" based on the grand jury's having found probable cause to indict him. 18 U.S.C. § 3142(e)(3)(A). However, Mr. Farrell submits that he will present sufficient evidence to rebut that presumption, and he anticipates that the Government will be

unable to prove by a preponderance of the evidence that he poses a risk of flight or by clear and convincing evidence that the poses a danger to the community. *See* 18 U.S.C. § 3142(f)(2).

## IV.     Conclusion

Mr. Farrell, based on the foregoing assertions and argument, prays that this Court set a detention hearing; receive evidence on the issue; and release him pending trial.

Date:     June 26, 2020

Respectfully submitted,

***s/ Joshua Sabert Lowther, Esq.***
Joshua Sabert Lowther, Esq.
Ga. Bar No. 460398
M 912.596.2935
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

3