UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:20-cr-11 |
| v. ) | |
| ) | Judge Collier |
| ) | Magistrate Judge Lee |
| STEVEN DYAL ) | |
| LANCE FARRELL ) | |
| JUSTIN NELSON ) | |
| KENNETH COLBAUGH ) | |

## SECOND SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that from in or about January 2016, to in or about January 2020, in the Eastern District of Tennessee, the defendants, STEVEN DYAL, LANCE FARRELL, JUSTIN NELSON, KENNETH COLBAUGH, and others known and unknown to the Grand Jury, did combine, conspire, confederate, and agree to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual) and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

### COUNT TWO

The Grand Jury further charges that on or about March 7, 2019, in the Eastern District of Tennessee, the defendant, STEVEN DYAL, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual) and 50 grams or more of a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT THREE

The Grand Jury further charges that on or about March 7, 2019, in the Eastern District of Tennessee, the defendant, STEVEN DYAL, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

The Grand Jury further charges that on or about September 12, 2019, in the Eastern District of Tennessee, the defendant, LANCE FARRELL, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

The Grand Jury further charges that on or about October 8, 2019, in the Eastern District of Tennessee, the defendant, LANCE FARRELL, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts One through Five of this Second Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging

forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and/or 846, the defendants, STEVEN DYAL, LANCE FARRELL, JUSTIN NELSON, and KENNETH COLBAUGH shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The properties to be forfeited include, but are not limited to, the following:

### A. **Firearms and Ammunition Seized from Steven Dyal**

High Standard Handgun, .22 caliber and Ammunition, seized from STEVEN DYAL on or about March 7, 2019.

### B. **Money Judgment**

A personal money judgment against the defendants, STEVEN DYAL, LANCE FARRELL, JUSTIN NELSON, and KENNETH COLBAUGH and in favor of the United States, which represents the proceeds each defendant personally obtained as a result of an offense in violation of Title 21, United States Code, Sections 841 and/or 846.

3. Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of the offense in violation of Title 18, United States Code, Sections 922 and/or 924, the defendant, STEVEN DYAL, shall forfeit to the United States, any firearms and ammunition involved in the commission of the offenses, including, but not limited to the following:

> High Standard Handgun, .22 caliber and Ammunition, seized from STEVEN DYAL on or about March 7, 2019.

4. If any of the properties described above, as a result of any act or omission of the

defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

J. DOUGLAS OVERBEY
United States Attorney

By: _____
Joseph G. DeGaetano
Assistant United States Attorney