IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:20-CR-00011-CLC-SKL-9 |
| v. | ) | |
| | ) | |
| MATTHEW BURKE, *ET AL.* | ) | |

**MOTION TO CONTINUE**

Mr. LANCE FARRELL, pursuant to Federal Rule of Criminal Procedure 32(b), respectfully moves this Court to continue the sentencing hearing scheduled for May 19, 2021, for a period of not less than two weeks.

**I.  Relevant Procedural History**

This Court scheduled Mr. Farrell's sentencing for May 19, 2021, at 2:00 p.m. Order, Feb. 10, 2021, ECF No. 418.

**II.  Factual Assertions**

Mr. Farrell's attorney represents Defendant Ryan Felton in *Kenneth Fedance v. Clifford Harris, Jr., et al.*, No. 20-12222 (11th Cir. June 15, 2020).  On March 18, 2021, the United States Court of Appeals for the Eleventh Circuit scheduled that case for an oral argument on May 19, 2021 (*id.*, Min. Entry, Mar. 18, 2021), but on April 22, 2021, offered the parties to waive that oral argument and submit the matter on the pleadings (*id.*, Publ. Comm., Apr. 22, 2021), which the parties

1

agreed to do. Nonetheless, on May 3, 2021, the Eleventh Circuit notified the parties that the oral argument will proceed on May 19, 2021 as originally scheduled. *Id.*, Notice to Counsel, May 3, 2021).

III. **Memorandum of Law**

Although a "court must impose sentence without unnecessary delay" (Fed. R. Crim. P. 32(b)(1), it "may, for good cause, change any time limits prescribed in [Rule 32]" (Fed. R. Crim. P. 32(b)(2)).

Mr. Farrell submits that his attorney cannot attend the above-referenced oral argument in the Eleventh Circuit, even by video appearance from his office in Atlanta, Georgia, on May 19, 2021, and physically appear for sentencing before this Court at 2:00 p.m. for Mr. Farrell's sentencing on the same day; therefore, Mr. Farrell's attorney's scheduling conflict establishes good cause to continue Mr. Farrell's sentencing to a date not sooner than June 2, 2021, which Mr. Farrell understands is this Court's next available calendar for sentencing.

IV. **Conference with Opposing Counsel**

The Government does not oppose this motion.

V. **Conclusion**

Mr. Farrell, based on the foregoing assertions and argument, prays that this Court continue his sentencing to a date not sooner than June 2, 2021.

Date: May 5, 2021

> Respectfully submitted,
>
> ***s/ Joshua Sabert Lowther, Esq.***
> Joshua Sabert Lowther, Esq.
> Ga. Bar # 460398
> M 912.596.2935
> jlowther@lowtherwalker.com
>
> Lowther | Walker LLC
> 101 Marietta St., NW, Ste. 3325
> Atlanta, GA 30303
> T 404.496.4052
> https://www.lowtherwalker.com
>
> Attorney for Defendant Lance Farrell

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:20-CR-00011-CLC-SKL-9 |
| v. ) | |
| ) | |
| MATTHEW BURKE, *ET AL.* ) | |

## CERTIFICATE OF SERVICE

I certify that on May 5, 2021, I electronically filed the foregoing MOTION TO CONTINUE with the Clerk of the United States District Court for the Eastern District of Tennessee by way of the ECM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case bey electronic mail.

Date: May 5, 2021

Respectfully submitted,

***s/ Joshua Sabert Lowther, Esq.***
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
M 912.596.2935
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
T 404.496.4052
https://www.lowtherwalker.com