IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:20-CR-00011-CLC-SKL-9 |
| v. | ) | |
| | ) | |
| MATTHEW BURKE, *ET AL.* | ) | |

**MOTION FOR VARIANCE**

Mr. LANCE FARRELL, pursuant to 18 U.S.C. § 3553(a) and Rule 83.9(j) of the Local Rules of the United States District Court for the Eastern District of Tennessee, respectfully moves this Court to vary from his sentencing guidelines range of 151–188 months of imprisonment and sentence him to a term of imprisonment of 120 months, a term of supervised release that this Court deems appropriate, and to not impose a fine.

I. **Relevant Procedural History**

Mr. Farrell accepted responsibility for his conduct that the Government charged in this case and pled guilty to one count of conspiracy to distribute at least 500 grams or more a mixture or substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. § 841(a)(1), punishable by, *inter alia*, not less than ten years of imprisonment nor more than life imprisonment (*see* 21 U.S.C. § 841(b)(1)(A)), and one count of possession with the intent to

1

distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. § 841(a)(1), punishable by, *inter alia*, not more than twenty years of imprisonment. Plea Agreement, ECF No. 369; R&R, ECF No. 408; Order, ECF No. 418.

The United State Probation Office filed the Presentence Investigation Report (ECF No. 462) in this case on March 26, 2021, recommending a sentencing guidelines range of 151–188 months of imprisonment (*id.* at ¶ 183).

This Court scheduled Mr. Farrell's sentencing for June 2, 2021. Order, ECF No. 534.

## II. Sentencing Guidelines Calculation

Neither party objected to the Presentence Investigation Report; therefore, there are no outstanding issues concerning the probation office's calculation of the sentencing guidelines range for this Court to consider from their perspective.

## III. 18 U.S.C. § 3553(a)

Mr. Farrell submits that a sentence below the recommended sentencing guideline range in this case is appropriate, considering his characteristics (*see* P.S.R. ¶¶ 166–172, 179–180; 18 U.S.C. § 3553(a)(1)); his medical condition (*see* P.S.R. ¶¶ 175–176, 178; 18 U.S.C. § 3553(a)(2)(D)); and the extend of his participation in this conspiracy (*see* P.S.R. ¶¶ 60–128; 18 U.S.C. § 3553(a)(2)(A)

and (a)(6)). Mr. Farrell further submits that this Court should not impose a fine (*see* P.S.R. ¶ 181; 18 U.S.C. § 3572(a)(1)).

**IV.     Conclusion**

Mr. Farrell, based on the aforementioned assertions and argument, that a sentence of 120 months of imprisonment, a term of supervised release that this Court deems appropriate, and no financial obligation, would be "sufficient, but not greater than necessary, to comply with the purposes set forth in [18 U.S.C. § 3552(a)(2)]." 18 U.S.C. § 3553(a).

Date:      May 19, 2021

Respectfully submitted,

***s/ Joshua Sabert Lowther, Esq.***
Ga. Bar # 460398
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorney for Defendant Lance Farrell

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:20-CR-00011-CLC-SKL-9 |
| v. | ) | |
| | ) | |
| MATTHEW BURKE, *ET AL.* | ) | |

## CERTIFICATE OF SERVICE

I certify that on May 19, 2021, I electronically filed the foregoing MOTION FOR VARIANCE with the Clerk of the United States District Court for the Eastern District of Tennessee by way of the ECM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case bey electronic mail.

Date: May 19, 2021

Respectfully submitted,

*s/ Joshua Sabert Lowther, Esq.*
Ga. Bar # 460398
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com