U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

**JUDGMENT:** Case No. 1:20-cr-00011-CLC-SKL-9  USA v. Lance Farrell

**PRESENT:** Honorable Curtis L. Collier  ☑ U.S. District Judge  OR ☐ U.S. Magistrate Judge

| Joseph G DeGaetano | Joshua Sabert Lowther | Brent Starnes |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Barbara Lewis | Elizabeth Coffey | |
| Courtroom Deputy | Court Reporter | Interpreter ☐ SWORN |

**PROCEEDINGS:** ☑ Plea agreement accepted by Court  ☑ PSR guidelines are ☑ accurate ☐ as modified  ☑ PSR SEALED

☑ Govt/Deft motion for downward departure: ☐ granted ☑ denied
    upward departure: ☐ granted ☐ denied
    non-guidelines sentence: ☐ granted ☐ denied

Govt motion for third point reduction for acceptance of responsibility ☐ granted ☐ denied

☐ Deft speaks  OR  ☑ Deft declines to speak

Document(s) all except PSR  ☑ unsealed ☐ remain sealed

**TESTIMONY BY:** _____

☐ Exhibits attached to minutes  ☐ Exhibits in vault

**IMPRISONMENT:** 151 MONTHS on COUNT(s) One and Four of the Second Superseding Indictment, to be served concurrently.

**SUPERVISED RELEASE/PROBATION:** 5 YEARS on COUNT(s) One and Four of the Second Superseding Indictment, to be served concurrently

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

- ☐ report to Probation Officer w/in 72 hrs of release
- ☑ not commit another federal, state or local crime
- ☑ abide by standard conditions on Local Rule 83.10
- ☑ not possess a firearm or other destructive device
- ☑ not illegally possess or use a controlled substance
- ☑ participate in collection of DNA
- ☑ submit to search
- ☐ perform _____ hours of community service
- ☐ comply with any BICE deportation orders
- ☑ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
- ☐ comply with Local Rule 83.10 - Sex Offender Treatment
- ☐ pay any financial penalty due
- ☐ provide Probation Office w/access to any required financial info
- ☐ not incur new credit charges or open additional lines of credit
- ☐ no contractual agreements which obligate funds
- ☐ not be employed in position of trust
- ☑ participate in program of testing/treatment for drug/alcohol abuse
- ☐ wear electronic device and pay for service at prevailing rate
- ☐ maintain telephone w/out any special services or devices
- ☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** _____

☑ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** _____

**RESTITUTION:**

☐ Interest Waived  ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ OR ☐ Waived  **SPECIAL ASSESSMENT:** $200.00  ☑ Payment due immediately  ☐ Interest waived

☑ Court waived fine due to deft's inability to pay  ☑ Deft informed of right to appeal  ☑ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal  ☑ remained in custody  ☐ remained on bond

Deft to self-report on or before _____ at _____

Time: 2:05 to 2:40  Date: 6/2/2021

Rev. 3/10